**No. 46133.**—Protests 46100–K, etc., of H. Henmi et al. (Honolulu, etc.).

Opinion by BROWN, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46134.**—Protests 960902–G, etc., of Cambosco Scientific Co. et al. (Boston, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 30, 1941

**No. 46135.**—Protest 57810–K of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise is in chief value of ramie. On the agreed facts the claim at 24 cents per pound under paragraph 1504 (a) and T. D. 48093 was sustained.

**No. 46136.**—Protests 653819–G, etc., of American Overocean Corp. et al. (Philadelphia).

Opinion by KINCHELOE, J. It was stipulated that the cotton rags in question are the same as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771). The claim for free entry under paragraph 1750 was therefore sustained.

**No. 46137.**—Protest 28343–K/89234 of International Harvester Co. (Chicago).

Opinion by KINCHELOE, J. On the record presented the merchandise in question was held dutiable as drawings at 25 percent under paragraph 1410 as claimed.

BEFORE THE THIRD DIVISION, JULY 1, 1941

**No. 46138.**—Protest 6106–K of Dr. Theodore Rubel (Pittsburgh).

Opinion by KEEFE, J. It appeared that the plaintiff was a practicing physician in Vienna where he had used the furniture in his office and home 2 years prior to his removal to this country. From the evidence submitted it was found that the articles in question are free of duty under paragraph 1632, Tariff Act of 1930.